**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MOUNTAIN PURE, LLC

v.                                  NO. 4:03CV00717 SWW

TURNER HOLDINGS, LLC, ET AL

### ORDER OF DISMISSAL

Pursuant to the motion filed by cross-claimant Turner Holdings, LLC, to dismiss its cross-claims against Portola Packaging, Inc., and Consolidated Container Company, LLC, in this matter stating that due to resolution of other claims, Turner's cross-claims are rendered moot,

IT IS THEREFORE ORDERED that the cross-claims of Turner Holdings, LLC, against Portola Packaging, Inc., and Consolidated Container Company, LLC, in the above-entitled action hereby are dismissed.

DATED this 30th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE