## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MOUNTAIN PURE, LLC

vs.                               NO. 4:03CV00717 SWW

TURNER HOLDINGS, LLC, ET AL

### ORDER OF DISMISSAL

Pursuant to the stipulation filed by plaintiff and separate defendant Consolidated Container Company, LLC, that this matter has been compromised and settled and that plaintiff's complaint and the cross-claim of separate defendant Consolidated Container Company, LLC, should be dismissed,

IT IS THEREFORE ORDERED that the plaintiff's complaint against Consolidated Container Company, LLC, hereby is dismissed with prejudice.

IT IS FURTHER ORDERED that the cross-claims of separate defendant Consolidated Container Company, LLC, in the above matter hereby are dismissed with prejudice.

DATED this 30th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE